07-15-00307-CV

Dear Clerk,

I Am enclosing a copy of My inmate trust fund for past 6 months to show that I Am indigent at this time, but I will send you 20% of all money that My family sends to Me until I have paid the entire filing fees. Please compel Lynn County clerk to honor bench warrant Me and set a date for trial. I'd really appreciate you, very truly yours. Ronald Miller



FILED
AUG 20 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        08/20/15
1A2W/KST5757                 IN-FORMA-PAUPERIS DATA                07:59:42
TDCJ#: 00866293 SID#: 03657936 LOCATION: MICHAEL          INDIGENT DTE:
NAME: MILLER,ROBERT                     BEGINNING PERIOD: 02/01/15
PREVIOUS TDCJ NUMBERS: 00578332
CURRENT BAL:         37.53 TOT HOLD AMT:        0.00 3MTH TOT DEP:      150.00
6MTH DEP:           320.00 6MTH AVG BAL:      106.06 6MTH AVG DEP:       53.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
07/15      73.73             0.00      04/15      227.68            0.00
06/15     116.36           100.00      03/15      227.68          120.00
05/15     163.69            50.00      02/15      234.51           50.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF *Anderson*
ON THIS THE *20th* DAY OF *August 2015* I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____

KISHA N STOTTS
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES
8-28-2016
"NOTARY WITHOUT BOND"

Mr. Robert H. Miller 866293
Micheal Unit 2664 FM 2054
Tennessee Colony, Tx.
75886

NORTH TEXAS TX PDC
DALLAS TX 750
22 AUG 2015 PM 7 L

791055554040

Clerk
Court of appeals
P.O.Box 9540
Amarillo, Tx.
79105-9540